## THIRD DEPARTMENT, JANUARY, 1928.

In the Matter of the Claim of MARGARET VOKES, Respondent, against HENRY STEERS, INC., and Another, Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — award — finding of loss of use of fifty per cent of leg not supported by evidence.*

Appeal from an award of the State Industrial Board, made on the 11th day of May, 1927.

PER CURIAM. The finding that the deceased suffered a loss of use of fifty per cent of his leg is not supported by legal evidence. The doctor who so testified repeatedly stated that he could not speak with reasonable certainty. His opinion was only given after he had been told in effect by the referee that he need " not give a definite opinion." It is clear that the opinion thus expressed was speculative and indefinite and lacked the certainty requisite to give it any probative force. Cochrane, P. J., Van Kirk, Davis, Whitmyer and Hill, JJ., concur. Award reversed and claim remitted, with costs against the State Industrial Board to abide the event.

---

AMERICAN RAILWAY EXPRESS COMPANY, Appellant, *v.* ASA EDDY, Respondent.

*Courts — City Court of Albany — jurisdiction of court and of justices — Albany City Court Act (Laws of 1914, chap. 368), § 230,\* construed — laches of plaintiff — question may be raised by motion to dismiss for failure to prosecute.*

Appeal from a judgment of the County Court of Albany county, entered in the office of the clerk of said county on September 15, 1927, and also from an order entered on the same day reversing an order of the City Court of Albany.

The order of the City Court of Albany restored the action to the general calendar of said court for trial after an alleged failure to render decision within fourteen days as prescribed by section 230 of the Albany City Court Act (Laws of 1914, chap. 368).\* The opinion of the court is reported in *American Railway Express Co.* v. *Eddy* (128 Misc. 502).

PER CURIAM. The justice had lost jurisdiction but the court had not. (*Mosehauer* v. *Jenkins*, 128 App. Div. 825.) The question of laches is not here considered for the reason that the plaintiff has not been heard on that subject by replying affidavits, the defendant having asked no affirmative relief. The defendant can bring up this question by motion to dismiss for failure to prosecute. Cochrane, P. J., Van Kirk, Hinman and Davis, JJ., concur; Whitmyer, J., dissents. Judgment of the County Court reversed on the law, with costs, and the order of the City Court reinstated.

---

\* Since amd. by Laws of 1927, chap. 575, § 230.— [REP.